**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH DAKOTA**

Mark W. Haigh United States Magistrate Judge Presiding

Courtroom Deputy - MC
Courtroom - RC #2

Court Reporter – FTR
Date – August 31, 2026

5:26-cr-50073

| | |
|---|---|
| United States of America<br><br>Plaintiff,<br><br>vs.<br><br>Reed Hess<br><br>Defendant. | Megan Poppen<br><br><br><br><br><br>Olivia Edoff |

TIME HEARING SCHEDULED TO BEGIN: 4:00 p.m.

TIME:

3:50 p.m. Enter initial appearance, arraignment, and detention hearing before the Honorable Mark W. Haigh.

Counsel notes their appearances for the record. The defendant is present in custody.

The defendant informed of his rights, the allegations against him, and the maximum possible penalties.

Financial affidavit executed and filed with the Court.

The Court enters an **Oral order** appointing CJA, Olivia Edoff, to represent the defendant.

The Court will enter a not guilty plea on behalf of the defendant.

Defendant consented to detention.

The Court will enter an Order of Detention.

3:58 p.m. Court Adjourned.